UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 3:20-CR-300-B |
| | § | |
| DEMONTE TRETION KELLY, | § | |

## UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING AND RELATED DEADLINES

Defendant, **DEMONTE KELLY**, by counsel, hereby moves this Court for an order continuing the sentencing and related dates set in this case. In support therefore, counsel states as follows:

1. Sentencing is currently scheduled for September 09, 2021.

2. Counsel needs additional time to complete his response to the PSR and, in addition and otherwise prepare for sentencing.

3. This request is not made for purposes of delay, but so that justice may be served.

WHEREFORE, Defendant requests that his sentencing be continued for a period of sixty (60) days, or as the Court might otherwise direct, and that the concomitant sentencing deadlines set forth in the Court's prior scheduling order be similarly continued.

Respectfully submitted,

*/s/ John M. Nicholson*
JOHN M. NICHOLSON
Assistant Federal Public Defender
Northern District of Texas
Texas Bar # 24013240
525 Griffin Street, Suite 629
Dallas, Texas 75202
Phone (214) 767-2746
Fax (214) 767-2886
john_nicholson@fd.org

## CERTIFICATE OF CONFERENCE

I conferred with counsel Joseph Magliolo and he is not opposed to this motion.

/s/ *John Nicholson*
JOHN NICHOLSON

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2021, I electronically filed the foregoing document using the Court's CM/ECF system, thereby providing service on attorneys of record.

/s/ *John Nicholson*
JOHN NICHOLSON